UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LISA SHOW, as Personal Representative of
the Estate of DOUGLAS SHOW, Deceased,

    Plaintiff,

v.

JODI SHADIAN, as Personal
Representative of the Estate of JOHN
SHADIAN, Deceased,

    Defendant.
_____/

Case No. 2:19-cv-209

Hon. Hala Y. Jarbou

## ORDER

The Court having been advised of the parties' agreement to settle this matter, on November 15, 2021,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **November 19, 2021 at 12:00 p.m.**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.

Date:  November 15, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE